NEW-YORK, May, 1812.

WASHBURN v. OVERSEERS OF HEBRON.

Judgment for the defendant.

———◦⊕◦———

### WASHBURN *against* THE OVERSEERS OF THE POOR OF HEBRON.

THIS was an *appeal,* by *Thomas Washburn,* from an order of two justices, made under and by virtue of the act, entitled "An act for the relief of cities and towns from the maintenance of bastard children," passed 6th *March,* 1801. The order was made on the first day of *May,* 1809, and the appeal entered at the then next general sessions of the peace, held in and for the county of *Washington;* and at the *August* sessions, in 1810, the order was quashed; at the then next general sessions of the peace, in *December* thereafter, the appellant moved for *costs* against the appellees, which the court granted. The only question was, whether the appellant was entitled to costs.

On appeals in cases of bastardy, the general sessions of the peace have no power to award costs unless authorized by statute; and no such authority existed under the act of the 6th *March,* 1801. The act of 30th *March,* 1810, (sess. 24. c. 109.) does not apply to appeals brought before the passing of the act.

*Crary,* for the defendants, contended, that the statute gave no costs in this case, and, by common law, no costs are allowed.

Again, the court having quashed the order without costs, could not review their decision, afterwards, and grant costs. *Cro. Car.* 350. *Burr. Sett. Cases,* 194. 2 *Johns. Rep.* 251. 1 *Caines' Rep.* 129.

*Skinner,* contra. If the order had been affirmed, the party

NEWYORK,  would have been entitled to costs under the act.  Where one
May, 1812.  party can recover costs, the other may also.  (Sess. 24. c. 170. s.
KEITH  1. and 2. sess. 24. c. 18. s. 5.)
v.
JONES.

   *Crary*, in reply, observed, that by a late statute, (sess. 33. c.
109. s. 3.) the legislature had allowed costs on appeals of *bastardy*,
which shows, in their opinion, that no costs were allowed under the
former statute.

   *Per Curiam.*  There was no statute provision, authorizing the
sessions to award costs in any case of bastardy, brought before
them, under the act of 1801. (*Laws*, vol. 1. 194.)  The provi-
sion in the act of 30th *March*, 1810, c. 109. does not apply to
cases of appeal, brought before the passing of the act, and unless
the sessions are authorized specially by statute, to award costs,
they have no authority to award them.  The quarter sessions in
*England* have no authority, to this day, to award costs in cases
of this nature. (*King* v. *Sweet*, 9 *East*, 25.)  In this case, then,
none were to be awarded.